**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael PARRA–CHINO, Defendant–
Appellant.**

**No. 07–10157.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 24, 2008.

Tracey A. Bardorf, Esq., Liz Barrick, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David M. Ochoa, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN and PAEZ, Circuit Judges.

## MEMORANDUM **

Rafael Parra–Chino appeals from his 18–month sentence and guilty-plea convic-

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion for transportation of illegal aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (B)(i).

Parra–Chino contends that he did not knowingly or voluntarily waive his right to appeal because he did not know that the presentencing report would recommend a three-level enhancement under U.S.S.G § 2L1.1(b)(6).

We disagree. The record reflects that Parra–Chino was aware that his offense level had not yet been determined, and that he knowingly and voluntarily waived his right to appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.